

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-15-00009-CR
_____

TONY HARRELL-MACNEIL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from County Court at Law No. 1
McLennan County, Texas
Trial Court No. 20134973CR1; Honorable Mike Freeman, Presiding

June 29, 2015

## ORDER OF SEVERANCE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

On December 9, 2013, pursuant to a single, three-count complaint, Appellant, Tony Harrell-MacNeil, was charged for the misdemeanor offenses of driving while intoxicated, unlawfully carrying a weapon,[1] and reckless driving.[2] In exchange for pleas of guilty to Counts I and III, the State abandoned Count II. The trial court entered two

---

[1] TEX. PENAL CODE ANN. §§ 49.04(d), 46.02 (West Supp. 2014).

[2] TEX. TRANSP. CODE ANN. § 545.401(a) (West 2011).

separate judgments assessing 365 days confinement and a $4,000 fine for Count I, suspended for twenty-four months community supervision, and thirty days and a $200 fine for Count III, suspended for six months community supervision. By a single notice of appeal, Appellant challenges the "DWI and reckless driving" convictions.

Because this appeal involves two separate judgments, for purposes of clarity, we *sua sponte* sever this appeal into separate appellate cause numbers, one as to each judgment. Henceforth, the appeal of the judgment entered as to Count I will bear appellate cause number 07-15-00009-CR, whereas the appeal of the judgment entered as to Count III will bear appellate cause number 07-15-00259-CR. All filings, specifically including the Clerk's Record, Reporter's Record and all briefing filed in cause number 07-15-00009-CR shall be considered as being filed in the companion case.

It is so ordered.

Per Curiam

Do not publish.